UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAI L. JOSEPH,

       Plaintiff,                   Case No. 2:16-cv-12294
                                          Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 16), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 17) AND AFFIRMING THE DECISION OF THE COMISSIONER OF SOCIAL SECURITY

Plaintiff, Grai L. Joseph, brings this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits. Currently before the Court is Plaintiff's motion for summary judgment (DE 16), the Commissioner's cross-motion for summary judgment (DE 17), Plaintiff's reply (DE 18) and the administrative record (DE 10).

The parties have consented to my authority. (DE 14.) A hearing was noticed August 15, 2017. On that date, Plaintiff's counsel (Kerry J. Spencer) appeared in person, while AUSA Michael L. Henry appeared by telephone.

For the reasons stated on the record, Plaintiff's motion is **DENIED** (DE 16), Defendant's motion is **GRANTED** (DE 17), and the decision of the Commissioner of Social Security is **AFFIRMED.**

**IT IS SO ORDERED.**

Dated: August 17, 2017

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on August 17, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti